PEOPLE v HARRIS. Appeal from Recorder's Court of Detroit, Geraldine Bledsoe Ford, J. Submitted Division 1 March 28, 1972, at Detroit. (Docket No. 11824.) Decided May 3, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R.*

*Carnovale,* Chief, Appellate Department, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*Arthur J. Tarnow,* State Appellate Defender, and *James R. Neuhard,* Assistant Defender, for defendant on appeal.

Before: V. J. BRENNAN, P. J., and LEVIN and TARGONSKI, JJ.

MEMORANDUM OPINION. Defendant pled guilty to a charge of robbery unarmed. Reversal is required by reason of the decision of the Michigan Supreme Court in *People v Jaworski,* 387 Mich 21 (1972).

Reversed and remanded for further proceedings.